IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CHARLES MICHAEL COOPER,**<br><br>**Defendant.** | Case No. 21-CR-070-JFH |

## OPINION AND ORDER

Before the Court is Defendant's pro se Motion for Appointment of Counsel. Dkt. No. 152. In his Motion, Defendant seeks the appointment of an "appeal attorney." *Id.* Defendant's Motion must be dismissed for the following reasons.

The procedural posture of this case strictly limits this Court's jurisdiction. Indeed, once a judgment of conviction has been entered, a prison sentence has been imposed, and the defendant has begun the service of his term, the Court lacks jurisdiction over the defendant's criminal case except for certain remedies provided by federal law, such as the Federal Rules of Criminal Procedure, 28 U.S.C. § 2255, or the all-writs section, 28 U.S.C. § 1651. *United States v. Cranford*, No. 23-CR-038, 2024 WL 4314197, at *1 (N.D. Okla. Sept. 26, 2024). For these reasons, a district court lacks jurisdiction to grant or deny a motion to appoint counsel as well. *United States v. Reynoso*, No. 22-2119, 2023 WL 3017136, at *3 (10th Cir. Apr. 20, 2023), *cert. dismissed*, 144 S. Ct. 52 (2023).

Here, judgment was entered against Defendant in this matter on June 21, 2023. Dkt. No. 124. Defendant subsequently appealed his conviction and sentence, and the Tenth Circuit remanded the case to this Court for the limited purpose of curing multiplicity among Defendant's sentences. Dkt. No. 145. This Court then entered an Amended Judgment in this matter on October 3, 2024. Dkt. No. 148. This case and Defendant's direct criminal appeal have concluded, and Defendant has not moved for any relief under 28 U.S.C. § 2255, or the all-writs section, 28 U.S.C. § 1651. Accordingly, the Court has no jurisdiction to grant Defendant's Motion even if it were so inclined.

IT IS THEREFORE ORDERED that Defendant's Motion [Dkt. No. 152] is dismissed for want of jurisdiction.

Dated this 8th day of September 2025.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE